AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:19-CR-00285 (TJM) |
| JUSTIN HOBBIE | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date:  08/22/2019

_Justin B Hobbie_
Defendant's signature

_[signature]_
Signature of defendant's attorney

KIMBERLY M. ZIMMER
Printed name of defendant's attorney

_Thomas J. McAvoy_
Judge's signature

Hon. Thomas J. McAvoy, U.S. Magistrate Judge
Judge's printed name and title