IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    3:19-CR-00285 (TJM) |
| | ) |
| v. | ) **Information** |
| | ) |
| **JUSTIN HOBBIE,** | ) Violation:    18 U.S.C. § 2251(a) |
| | )                       Sexual Exploitation of a Child; |
| **Defendant.** | ) |
| | ) |
| | ) |
| | ) |
| | ) 3 Counts & Forfeiture Allegation |
| | ) |
| | ) County of Offense:    Otsego |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNTS 1 - 3
### [Sexual Exploitation of a Child]

In or about 2015 through 2018, in Otsego County in the Northern District of New York, and elsewhere, the defendant, **JUSTIN HOBBIE**, did employ, use, persuade, induce, entice, and coerce the minors listed below to engage in sexually explicit conduct for the purpose producing visual depictions of such conduct, and for the purpose of transmitting live visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depictions were actually transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, in violation of Title 18 United States Code, Sections 2251(a) & (e).

| Count | Minor |
|---|---|
| 1 | V-1, a female child under the age of 16 |
| 2 | V-2, a female child under the age of 16 |
| 3 | V-3 a female child under the age of 16 |

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Information are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the charges alleged in Counts 1-3, the defendant, **JUSTIN HOBBIE**, shall forfeit to the United States of America any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

(1) One Dell Aurora R4 (Alienware) desktop computer, serial number 55XKCY1, manufactured in Mexico;

(2) One Apple 16 GB iPad, serial number DMQJB7W0DJ8T, manufactured in China;

(3) One Apple iPad Mini 4, serial number F9FV4586GHKJ, manufactured in China;

(4) One Samsung Galaxy S5 (SM-900V) cellular telephone, serial number 990004936853898, manufactured in Korea; and

(5) One Samsung Galaxy S7 (SM-900V) cellular telephone, serial number 353425082240880, manufactured in Korea.

Dated:

8/22/19

By:

GRANT C. JAQUITH
United States Attorney

*signature*

Geoffrey J. L. Brown
Assistant United States Attorney
Bar Roll No. 513495