

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*     Tel.: (315) 448-0672
*James M. Hanley Federal Building*               Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

December 10, 2019

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

**Re:** <u>United States v. Justin Hobbie</u>
3:19-CR-285 (TJM)

Dear Senior Judge McAvoy:

The above-captioned defendant is scheduled to be sentenced on January 3, 2020 before your Honor in Binghamton. The Government and the Defendant's sentencing memoranda are due on 12/20/19.

The Government is requesting a two-week extension of time to file its sentencing memorandum in this matter as the undersigned will be in trial at that time. The defense is joining this request as well due to a number of legal commitments. Both parties are also in agreement that if it is necessary the sentencing itself can be adjourned for two weeks or to whatever date is convenient for the Court.

Thank you for your attention to this request.

                United States Attorney
                Grant C. Jaquith

By:     /s/  *Geoffrey J.L. Brown*

                Geoffrey J.L. Brown
                Assistant United States Attorney