

United States Department of Justice

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

February 5, 2020

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    **United States v. Justin Hobbie**
               **19-CR-285 (TJM)**

Dear Senior Judge McAvoy:

      The Government is hereby providing notice that minor victims V-1 and V-4 will be present at the sentencing of defendant Justin Hobbie, and both wish to exercise their right to be heard. Fed. R. Crim. P. 32(i)(4)(B); 18 U.S.C. § 3771.

                                       Sincerely,

                                       GRANT C. JAQUITH
                                       UNITED STATES ATTORNEY

                       By:    */s/ Geoffrey J.L. Brown*
                               Geoffrey J.L. Brown
                               Assistant United States Attorney

cc:    Kimberly M. Zimmer, Esq.
        Karlie Hall, United States Probation Officer