

United States Department of Justice

United States Attorney
Northern District of New York

| | |
|---|---|
| 100 South Clinton Street, P.O. Box 7198 | Tel.: (315) 448-0672 |
| James M. Hanley Federal Building | Fax: (315) 448-0658 |
| Syracuse, New York 13261-7198 | |

February 11, 2020

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    **United States v. Justin Hobbie**
               **19-CR-285 (TJM)**

Dear Senior Judge McAvoy:

      The Government is hereby providing notice that minor victims V-2 and V-4 will be present at the sentencing of defendant Justin Hobbie, and both wish to exercise their right to be heard. Fed. R. Crim. P. 32(i)(4)(B); 18 U.S.C. § 3771.

                                  Sincerely,

                                    GRANT C. JAQUITH
                                  UNITED STATES ATTORNEY

                    By:    */s/ Geoffrey J.L. Brown*
                              Geoffrey J.L. Brown
                              Assistant United States Attorney

cc:    Kimberly M. Zimmer, Esq.
        Karlie Hall, United States Probation Officer