# Zimmer Law Office, PLLC

120 E. Washington Street - Suite 815
Syracuse, New York 13202
Phone: (315) 422-9909
Fax: (315) 422-9911*
*E-mail: kmz@kimzimmerlaw.com
*not for service of process

February 12, 2020

**Via ECF**

Honorable Thomas J. McAvoy
Senior United States District Judge
Federal Building and United States Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    **USA v. Justin Hobbie; Case No. 5:19-cr-285 (TJM)**

Dear Judge McAvoy:

    This office represents Justin Hobbie, who is scheduled to be sentenced before your Honor on Wednesday, February 26, 2020, and sentencing memorandums are currently due to be filed today, Wednesday, February 12, 2020.

    Undersigned counsel is making every effort to remain within the Court's ten-page limit and does not intend to unnecessarily lengthen the Sentencing Memorandum. At most, counsel may need an additional five pages to fully set forth its sentencing arguments. Counsel therefore requests permission to file a Sentencing Memorandum up to but not in excess of 15 pages. I have conferred with AUSA Geoff Brown, and I understand that he has no objection.

    Thank you for your consideration and courtesy.

                               Respectfully submitted,

                               ZIMMER LAW OFFICE, PLLC

                               *Kimberly Zimmer/kac*
                               Kimberly M. Zimmer

KMZ/kac

cc:    Assistant United States Attorney Geoffrey Brown, via email