# EXHIBIT 1

https://www.thedailystar.com/sports/cooperstown-senior-track-standout-recovering-after-collapse/article_7effebf6-781e-5b40-86fe-d7eaa81312af.html

# Cooperstown senior track standout recovering after collapse

By Greg Klein Staff Writer
May 6, 2016



Cooperstown senior ███████ is recovering at Bassett Medical Center in Cooperstown after collapsing during a high school varsity track and field meet Wednesday.

Several sources said ███ required medical attention at the home meet, including the use of a defibrillator, and was put into an induced coma at the hospital, which is less than a mile away from the track.

Sources also said ████, who was not competing when she collapsed, came out of the coma Thursday afternoon and communicated normally. Although ████ underwent testing, the cause of her collapse was unknown at press time Friday night.

The meet, which featured Owen D. Young and Sauquoit Valley, ended after ████ collapsed. School officials said Cooperstown varsity girls track coach Josie Rusk and modified track coach Justin Hobbie quickly responded to Wednesday's emergency. The Cooperstown volunteer Emergency Medical Service and Cooperstown Medical Transport responded to the call.

████ is a three-sport varsity athlete for Cooperstown, competing in cross country during the fall, volleyball in the winter and outdoor track and field in the spring.

████ joined Danielle Perrino, Grace LeCates and Samantha Fanion for a Cooperstown track record of 4 minutes, 9.87 seconds in the 1,600-meter relay during the Section Three Division II Championships last May.

████ also set the school record for the 2,000 steeplechase (7:29) in 2014. The same year, she had the fastest Cooperstown girls time on the Irish Tower Course (20:04) in cross country. As a junior, ████ placed fifth in the 400 hurdles during the sectional track championships and qualified for the state cross country meet.

Characterized by friends and coaches as active in school, ████ also is involved in school drama projects, student government and athletic leadership. She also helped plan the inaugural Cooperstown 5K Color Run, which will take place June 18.

Sources said they were relieved upon hearing the news of ████'s recovery as Cooperstown has endured a rash of bad news in 2016, including the death of Superintendent C.J. Hebert after his ATV accident in March.

Less than an hour before ████'s collapse Wednesday, school officials announced that athletic director Mike Cring "removed" Jason Phillips as its varsity boys track and field coach (see story on Page B3). No further information was available at press time.

Rusk and Hobbie coached the varsity boys track program Wednesday. School officials, which confirmed the removal of second-year coach Phillips, said the Cooperstown Board of Education plans to name an interim coach during a regularly-scheduled board meeting at 7 p.m. Monday in the middle/high school cafeteria.