# EXHIBIT 3



# Quick Facts
## — Sexual Abuse Offenders —

## Fiscal Year 2018

▶ IN FY 2018, 69,425 CASES WERE REPORTED TO THE U.S. SENTENCING COMMISSION.

  ▶ 1,067 OF THESE INVOLVED SEXUAL ABUSE OFFENSES.[1]

  ▶ SEXUAL ABUSE OFFENDERS HAVE INCREASED 5.7% SINCE 2014 BUT DECREASED 2.7% IN FY 2018.



Number of Sexual Abuse Offenders: FY 2014: 1,009; FY 2015: 999; FY 2016: 1,090; FY 2017: 1,097; FY 2018: 1,067.



Primary Sentencing Guideline for Sexual Abuse Offenders FY 2018: Production of Child Pornography[2] 42.7%; Travel for Prohibited Sexual Conduct 38.3%; Rape 8.5%; Abusive Sexual Contact 3.9%; Statutory Rape 3.7%; Other 3.0%.

For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.

## Offender and Offense Characteristics[3]

- 92.1% of sexual abuse offenders were men.

- 51.6% were White, 21.7% were Black, 12.9% were Hispanic, 11.9% were Native American, and 1.9% were Other races.
  ♦ 75.1% of offenders in cases involving child pornography were White.
  ♦ 43.1% of offenders in cases involving travel for prohibited sexual contact were White and 37.3% were Black.
  ♦ 52.8% of offenders in cases involving criminal sexual abuse (rape) were Native American.
  ♦ 73.2% of offenders in cases involving abusive sexual contact were Native American.
  ♦ 84.6% of offenders in cases involving statutory rape were Native American.

- Their average age was 37 years.

- 95.9% were United States citizens.

- 65.2% had little or no prior criminal history (Criminal History Category I).
  ♦ 8.8% were CHC II;
  ♦ 9.9% were CHC III;
  ♦ 5.9% were CHC IV;
  ♦ 5.1% were CHC V;
  ♦ 5.1% were CHC VI.

- 8.3% of sexual abuse offenders were convicted at trial, compared to 2.6% of all other federal offenders.

- The top five districts for sexual abuse offenders were:
  ♦ Northern District of Texas (48);
  ♦ Eastern District of Michigan (42);
  ♦ District of Arizona (35);
  ♦ District of South Dakota (32);
  ♦ Middle District of Florida (31).

## Punishment

- 98.8% of sexual abuse offenders were sentenced to prison; their average sentence was 191 months.

- The average sentence for offenders convicted of production of child pornography was 262 months:
  ♦ 93.9% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 274 months. The average sentence without a mandatory minimum was 89 months.

- The average sentence for offenders convicted of travel to engage in prohibited sexual conduct with a minor was 147 months:
  ♦ 63.8% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 187 months. The average sentence without a mandatory minimum was 76 months.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Sexual Abuse Offenders* —

## Punishment (continued)

- The average sentence for offenders convicted of rape was 178 months:
  - 19.1% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 318 months. The average sentence without a mandatory minimum was 145 months.

- The average sentence for offenders convicted of abusive sexual contact was 27 months.

- The average sentence for offenders convicted of statutory rape was 30 months.

## Sentences Relative to the Guideline Range

- 54.9% of sexual abuse offenders were sentenced under the *Guidelines Manual*:

  - 40.1% of all sexual abuse offenders were sentenced within the guideline range.

  - 7.5% of all sexual abuse offenders received a substantial assistance departure.
    - Their average sentence reduction was 45.4%.

  - 7.0% of all sexual abuse offenders received some other downward departure.
    - Their average sentence reduction was 32.0%.

- 45.1% of sexual abuse offenders received a variance:

  - 42.1% of all sexual abuse offenders received a below range variance.
    - Their average sentence reduction was 36.4%.

  - 3.0% of all sexual abuse offenders received an above range variance.
    - Their average sentence increase was 36.5%.

**Sentence Relative to the Guideline Range (%)**




**Average Guideline Minimum and Average Sentence (months)**




**Sentence Imposed Relative to the Guideline Range FY 2018**



[1] Sexual abuse offenders are those convicted of Criminal Sexual Abuse – Rape (§2A3.1), Statutory Rape (§2A3.2), Criminal Sexual Abuse of a Ward (§2A3.3), Abusive Sexual Contact (§2A3.4), Promoting a Commercial Sex Act (§2G1.1), Travel to Engage in Prohibited Sexual Conduct with a Minor (§2G1.3), Production of Child Pornography (§2G2.1), or Child Exploitation Enterprises (§2G2.6).

[2] Production of Child Pornography does not include cases where offenders were convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2).

[3] Cases with incomplete sentencing information were excluded from the analysis.

SOURCE: United States Sentencing Commission, FY 2014 through FY 2018 Datafiles, USSCFY14-USSCFY18.