

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN
### Department of Homeland Security/Immigration and Customs Enforcement

| PLANTIFF | United States of America | COURT CASE NUMBER | 19-CR-285 (TJM) |
|---|---|---|---|
| DEFENDANT | Justin Hobbie | | |

**SERVE AT**

TYPE OF PROCESS: FORFEITURE- ARREST

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. ADDRESS

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
(Street or RFD, Apartment No., City, State and Zip Code)

GRANT C. JAQUITH, United States Attorney
United States Attorney's Office
100 South Clinton Street
Syracuse, NY 13261

NUMBER OF PROCESS TO BE SERVED IN THIS CASE:
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please arrest the property (19-ICE-001877) listed in the attached Preliminary Order of Forfeiture and place in your custody.

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff  [ ] Defendant
s/Tamara Thomson/bcr
TELEPHONE NO. 315-448-0647
DATE 2/25/20

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___
District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 2/27/20

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 9/17/20
TIME OF SERVICE: [ ] AM [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY
Teri Johnson, Paralegal Spec., CBP, DHS

REMARKS: The property identified in the POF was seized by ICE/HSI SA Patrick McDonald on 12/6/2018. The property is stored with ICE/HSI in Albany, NY. Ref: DHS Form 6051S # 6156253, 6156256, 6156255, 6156254, 6156252

TD F 90-22.48 (6/96)

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 6156253

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2019406205504D1 | 2019SA9009882 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| AY07QR19AY0005 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 12/06/2018 | 7. Time Seized (Use 24 Hrs) 0800 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: JUSTIN HOBBIE | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 147 County Hwy 29A, Springfield, NY 13468 | 12. Remarks: | ~1274  Room L |

Telephone No. (315) 858-7018 Ext:

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 1 | Dell Aurora R4 Desktop  SSXRCY1 | | 1 / EA | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer | Signature | Date |
|---|---|---|
| S/A - Patrick McDonald  Print Name | X [signature] | 12/06/2018 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | as above | J Young / SA / 1101 | [signature] | 11/7/18 |
| 001 | " " | J Hammer / SA / 1103 | [signature] | 6/2/20 |

RECEIVED
SEP 17 2020
CBP-FP&F
CHAMPLAIN, NY

DHS Form 6051A Continuation Sheet Attached?  Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

No. 6156255

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2615120L066141 | 2619506284982 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| AY07QR19AY0065 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 12/06/2018 | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: JUSTIN HOBBIE  Address: 147 County Hwy 29A Springfield, NY 13468  Telephone No. (315) 858-7018 Ext: | 10. Entry No. | 11. Seal or Other ID Nos. 331550 |
|---|---|---|
| | 12. Remarks: ROOM L | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 13 | SAMSUNG - ALAYY S5 SMART PHONE | | 1 EA | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer S/A PATRICK MCDONALD Print Name | X (signature) | 12/06/2018 Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 13 | as above | J__ /CC/HSI | (signature) | 2/7/19 |
| 13 | " " | J. Admiller/SA/WST | (signature) | 6/4/2020 |

**RECEIVED SEP 17 2020 CBP-FP&F CHAMPLAIN, NY**

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

No. 6156256

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2S7651000074607 | 2S165AH6884 4782 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| AY07QR19AY0005 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 12/06/2018 | 7. Time Seized (Use 24 Hrs) 0800 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: JUSTIN HOBBIE | | |
| Address: 147 County Hwy 29A, Springfield, NY 13468 | 12. Remarks: 031554 | |
| Telephone No. (315) 858-7018 Ext: | IN PERSON | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 12 | SM-G930V SAMSUNG SMART PHONE | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| S/A PATRICK McDONALD | X [signature] | | 12/06/2018 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 12 | as above | J Young /SA/1151 | [signature] | 12/6/18 |
| 12 | " " | J Hamilton/SA/1031 | [signature] | 6/9/20 |

**RECEIVED**
**SEP 17 2020**
**CBP-FP&F**
**CHAMPLAIN, NY**

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

No. 6156254

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**

Handbook 5200-09

| | |
|---|---|
| **1. FPF No.** 2619002600141 | **2. Incident No.** 2615A00048F2 |
| **3. Investigative Case No.** AY07QR19AY0005 | **4. Enforce No.** |
| **5. Prior Detention?** Yes ☐ No ☐  If yes, DHS 6051D No. | **6. Date Seized (mm/dd/yyyy)** 12/06/2018 **7. Time Seized (Use 24 Hrs)** 0800 **8. FDIN/Misc.** |
| **9. Seized From:** Name: JUSTIN HOBBIE Address: 147 County Hwy 29A, SPRINGFIELD, NY 13468 Telephone No. (315) 858-7018 Ext: | **10. Entry No.**  **11. Seal or Other ID Nos.**  **12. Remarks:** ROOM L  1229298 |
| **13. Send Correspondence to:** | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 14 | APPLE iPAD | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**
S/A PATRICK McDONALD   X [signature]   12/06/2018

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 14 | as above | J Young/SA/HSI | [signature] | 12/7/18 |
| 14 | " " | J. Admutty/SA/HSI | [signature] | 6/5/2020 |

RECEIVED SEP 17 2020 CBP-FP&F CHAMPLAIN, NY

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

No. 6156252

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2D15JAJ0OD245 | 2015S00649... |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| AY07QR19AY0005 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 12/06/2018 | 7. Time Seized (Use 24 Hrs) 0800 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: JUSTIN HOBBIE | | |
| Address: 147 County Hwy 29A | 12. Remarks: | |
| Springfield, NY 13468 | | |
| Telephone No. (315) 858-1018 Ext: | | Room J |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 15 | APPLE IPAD | | | | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| S/A PATRICK McDONALD | X  [signature] | | 12/06/2018 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 15 | as above | [illegible] | [signature] | |
| 15 | " | J Damerty/SD/HSI | [signature] | 6/9/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

**RECEIVED**
**SEP 17 2020**
**CBP-FP&F**
**CHAMPLAIN, NY**

DHS Form 6051S (08/09)